### JONES ET AL. *v.* FROST.

APPEAL from the Lawrence Circuit Court.

PETTIT, J.—The papers purporting to be a transcript have not the seal of the court below to them, and we can not, therefore, act upon them, in the case they attempt to present to us.

One court cannot speak officially to any other court, otherwise than by its seal.

The appeal is dismissed, with costs.

*A. B. Carlton* and *J. H. Swaar,* for appellants.

*F. Wilson* and *A. C. Voris,* for appellee.